# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00083-CV

**Caddo Mills Independent School District and
Mike Morath, Commissioner of Education, Appellants**

**v.**

**Steven Sumrow, Appellee**

### FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-20-001907, THE HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## C O N C U R R I N G   O P I N I O N

I agree with the Court's analysis and its conclusion that the language of the contract requires us to affirm the Commissioner's order. I write separately to express my view that the school district's abrupt change in its course of dealing with an educator who had been employed by the district for 15 years in the same position, absent any cause, is the type of unfair surprise that borders on being unconscionable. While there may be legitimate reasons justifying the inclusion of the term allowing reassignment, the school district's execution of the reassignment here, which it attempted to justify by requiring an additional certification that had not previously been required, is disturbing.

_____

Gisela D. Triana, Justice

Before Justices Baker, Triana, and Jones

Filed:   July 12, 2023